NUMBER 13-05-633-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

RUBEN ALVEAR, ET AL.,        Appellants,

 

                                           v.

 

A. W. CHESTERTON, ET AL.,                                    Appellees.

 

 

 

                  On appeal from the 319th
District Court

                           of Nueces
County, Texas.

 

 

 

                     MEMORANDUM OPINION

 

             Before Justices Hinojosa, Rodriguez
and Castillo

                       Memorandum Opinion Per
Curiam

 

Appellants, RUBEN ALVEAR, ET AL., attempted to perfect
an appeal from an order entered by the 319th District Court of Nueces County, Texas, in cause no. 98-05955-G.  The clerk=s record was received on April 28,
2006.  








Upon review of the clerk=s record, it appeared
that the order from which this appeal was taken was not a final appealable
order.  Pursuant to Tex. R. App. P. 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it
could be done.  Appellants were advised
that, if the defect was not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed for want of jurisdiction.  Appellants failed to file a response as
requested by this Court=s notice. 

The Court, having considered the documents on file and appellants= failure to respond to
this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Memorandum Opinion
delivered and

filed this the 1st
day of June, 2006.